## BASEBALL QUICK, LLC, A New York CORPORATION, Plaintiff–Appellant,

v.

## MLB ADVANCED MEDIA, L.P., A Delaware Corporation, Defendant–Appellee

Does, 1 Through 5, Inclusive, Defendant.

No. 2015–1403.

United States Court of Appeals, Federal Circuit.

Dec. 10, 2015.

James M. Bollinger, Troutman Sanders LLP, New York, N.Y., argued for plaintiff-appellant. Also represented by Timothy P. Heaton, Joshua A. Berman, Phoenix S. Pak; Paul E. McFowan, Atlanta, GA;

the District of Delaware, sitting by designation.

Matthew D. Murphey, Eric M. Jaegers, Irvine, CA.

Cynthia Rigsby, Foley & Lardner LLP, Milwaukee, WI, argued for defendant-appellee. Also represented by Michelle A. Moran, Kevin J. Malaney.

DYK, O'MALLEY, and STOLL, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* **Fed. Cir. R. 36.**